FILED

JAN – 3 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff: Lowell Q. Green #518677

v.

Case No. SA23CA0030 JKP

Defendant: Judge Robert L. Pitman, et al.

Please See Complaint Attached

Green v. Pitman - Sup Ct. 9/23/2021  Page 1 of 18

(1.)  NO. 6:19-CV-018 (June 18, 2021) ADA (W.D. Tex)

IN THE UNITED STATES SUPREME COURT
ART. III of the United States of America. ART. VI of the United States Constitution Mandate that all judges of every State, ~~are Supreme~~ shall be bound by Oath or affirmation, to support this Constitution.

(2.) Bivens ACTION: Against United States District Judge Robert L. Pitman, Alan D. Albright, and Clerk LeAnne Diaz. FALSE IMPRISONMENT OF A BLACK MAN without lawful authority is a federal crime. ①

F.  FACTS: FBI (DATA) 28 USC 816.3/

(3.) (1.) LOWELL DEQUINCY GREEN (3753 BERNAL DRIVE, DALLAS, TEXAS) 75212 Cause NO. F82-90247-CV. 291st DISTRICT COURT OF DALLAS COUNTY, TEXAS, NOVEMBER 17, 1982 AGGRAVATED ROBBERY, Plea Bargain (5) Years (TDC#) 346775, DECEMBER 12, 1982 (TX236065) Dallas County Sheriff's (TX0570000) Agency Case - 03696626... ≈28

(4.) (2.) File Report Criminal Justice ~~Agency~~ ≈28

Page 1. See other side

U.S.C. § 2254 Green v. Lumpkin, No. 4:20cv-02585 (S.D. Tex. July 2020) (WR-82,981-11) 54th District Court of Mclennan County, Texas, Cause no. 2012-790-22 April 18, 2012, Grand Jury information on or about March 19, 2012 Lowell Quincy Green did then and there while in the course of committing theft of property and with intent to obtain or maintain control of property, intentionally or knowingly threatened or placed Anastasia Collier in fear of imminent bodily injury or death and Lowell Quincy Green did then and there used or exhibited

(5.) a deadly weapon, to-wit: a firearm, or BB Handgun, Aggravated Robbery. Texas Code Ann. § 29.03 Against the Peace and Dignity of the State. Abel Reyna Mclennan County Criminal District Attorney.

LEGAL CLAIM:

6. Plaintiff contend the Grand Jury indictment is void and violates the Fourth, Fifth, Sixth

Page 2.

and Fourteenth Amendment to the United States and (Double Jeopardy) on its face, the trial Judge Matt Johnson accepted a guilty plea bargain, September 16, 2013 and entered finding on used or exhibited a deadly weapon, to-wit: a firearm or BB-Handgun "N/N" (Acquittal). Under the Federal Double Jeopardy Clause jeopardy attaches in a bench trial when the judge begins to receive evidence. United States v. Martin Linen Supply Co., 430 U.S. 564, 569, 97 S.Ct. 1349, 1353, 51 L.Ed.2d 642, 650 (1977); Serfass v. United States, 420 U.S. 377, 388, 95 S.Ct. 1055, 1621, 43 L.Ed.2d 265, 274 (1975); McCarthy v. Zerbst, 85 F.2d 640, 642 (CA 10 1936). At that point appellee was entitled to a finding of not guilty on a judgment of acquittal. Article 1.15 V.A.C.C.P. embraces pleas of guilty since 1966. Thus, it is incumbent upon the "State" to introduce evidence into the record showing the

Page 3, see other side

defendant" where the state failed to discharge its burden to prove allegations in the indictment the trial court had no alternative but to acquit appellee. See McClendon v. State, 583 S.W.2d 777 at 78, 785 (Tex. Cr. App. 1979)

7. Plaintiff contend Judge Matt Johnson imposed 25 years Cause no. 2012-1902-2 Finding on Enhancement = "N/A" (illegal) Sentence "Cruel and Unusual" Punishment under "Color of State Law" Eighth and Fourteenth Amendment Due Process.

8. State Prosecutor Brandon Luce prosecuted a (void). A prosecutor has a professional duty not to charge a suspect with crime unless he is satisfied of probable cause. See ABA Code of Professional Responsibility DR 7-103(A)(Final Draft) Mean (a prosecutor "shall not institute or cause to be instituted criminal charges when knows or it is that the charges are not supported by probable cause."

Page 4.

American Bar Association Project on Standards for Criminal Justice. The Prosecution Function §§1.1, 3.4, 3.9 (1974) American College of Trial Lawyers Code of Trial Conduct Rule 4(c)(1963) Luce Law Firm 4600 Bosque Blvd ste #2B Waco, Texas 76710 (Cause No. 2012-790-22) Judgment Sept. 16, 2013, WR-82,901-03 (Tex.Crim.App. April 1, 2015)

(9) (Green v. Stephens) No. 6:15-cv-366 W.D. Tex. AD Sept. 15, 2015 (Judge Robert L. Pitman) (Contempt) 18 USC §401. 16-51098 (5th Cir.) Jerry E. Smith, Leslie H. Southwick violating Federal Civil Rights 18 USC §§ 241, 242 (2012-790-22) void.

(10) Plaintiff File Prose (Motion) to terminate Public Defender Lawrence E. Johnson (9/07/2012)(2012-790-22) 801 Washington Ave #400 Waco, Texas 76700

(11) Judge Matt Johnson Denied (9/12/2012) without a Hearing. Violated Sixth and Fourteenth Amendment Federal Rights Self Representation, the Right to a ProSe Defense Faretta v. California, 422 U.S. 806 (1975). The Sixth and Fourteenth Amendments of our Constitution guarantee that a person brought to trial in any state or federal court

Page 5, see other side.

must be afforded the right to the assistance of counsel before he can be validly convicted and punished by imprisonment.

MR. Justice Stewart delivered the opinion of the Court. The question before us now is whether a defendant in a state criminal trial has a constitutional right to proceed without counsel when he voluntarily and intelligently elects to do so. Stated another way, the question is whether a State may constitutionally hale a person into its courts and there force a lawyer upon him, even when he insists that he wants to conduct his own defense. It is not an easy question, but we have concluded that a State may not constitutionally do so.

12.) Dr. Baker McLennan County Mental Health diagnose Lowell Quincy Green (cause no. 2012-790-22) Mental Illness (Risperdone). Court ordered (Incompetency) Examination Dr. Marks Court Ordered Dr. Carter (Insanity),

page 6.

Medina v. California, 505 U.S. 437, 439 (1992)("It is well established that the Due Process Clause of the Fourteenth Amendment prohibits the criminal prosecution of a defendant who is not competent to stand trial"); Bouchillion v. Collins, 907 F.2d 589, 592 (5th Cir. 1990)(a court cannot accept a guilty plea from an individual that is mentally incompetent; failure to investigate competency is prejudicial if a reasonable probability that the defendant was incompetent to plead guilty). Rule that the trial court should conduct a sanity hearing whenever the evidence raises a bona fide doubt as to an accused's competence to stand trial was applied retroactively, entitling an inmate to habeas corpus relief under Tex. Code Crim. Proc. Ann. art. 11.07. Ex parte Halford, 536 S.W.2d 230, 1976 Tex. Crim. App. LEXIS 944 (Tex. Crim. App. 1976, no writ).

Page 7. See other side,

(13). Lowell Quincy Green v. The State of Texas, (Mental Illness, Asthma, Hypertension, Liver Disease, Hepatitis C. March 24, 2012. NO TREATMENT. April 18, 2012. Cause No. 2012-790-22 (Void) The Parole Board McLennan County (Lee Wilson) No. 10-16-00439-CR (Tex. App.-Waco Jan 11, 2017 en banc) Chief Justice (Tom Gray) "NO" Deadly Weapon Finding. Justice Rex D. Davis, Justice Al Scoggins. Final Acquittal. 42 USC §1983? NO. 6:16-CV-419 (W.D. Tex. Robert L. Pitman) (Obstruction of the Administration of Justice) 17-50690 (5th Cir.) (Priscilla R. Owens) violating Art. VI. Oath or Affirmation DIS regarding Congress Rule of Law "Prohibiting" illegal commitment of a Black Man without a valid judgment of conviction is a Federal Crime.

(14). Lowell Quincy Green v. Priscilla R. Owens. No. 4:18-CV-1693 (S.D. Tex. 2018) Judge Lynn N. Hughes.

(15). Lowell Quincy Green v. State Classification (Offender Records) Jan N. White. No. 4:18-CV-

2460 (S.D. Tex. 2018)(Judge Alfred H. Bennett).

(16) Lowell Quincy Green v. Judge Alfred H. Bennett, NO. 3:19-CV-00167 (N.D. Tex. May 21, 2019) FALSE IMPRISONMENT, LOWELL DEQUINCY GREEN (283rd) DISTRICT COURT DALLAS, TEXAS (3753 BERNAL DRIVE) 75212 (AUGUST 10, 1989)(35) YEARS (UUMV) Tex. Penal Code Ann. §31.07, Begin Date: May 23, 1989, (05-89-01176-CR) Dallas June 11, 1990. affirmed, PDR-0592-90 (Tex. Crim. App. December 12, 1990) WR-82, 981-07 (Tex. Crim. App. April 25, 2018) (3:18-CV-1451-M-BN) (N.D. Tex. May 29, 2018 – May 23, 2019) DISCHARGED.

(17) 19-10322 (5th Cir.) violated (U.S.A. Due Process, IF (FALSE IMPRISONMENT) Contempt.

(18) Art. 11.07, WR-82,981-11 (Tex. Crim. Sept. 2018) (16-1600434-R) (2012-790-2)(4:20-CV-02085)(S.D. Tex 2020)(Judge Lynn N. Hughes, Peter B. (up)

(B) (Public Defender Lawrence E. Johnson) 801 Washington Ave #400 Waco, Texas 76701 (STATE BAR NUMBER 10763800 "DEAD IN HIS GRAVE"); NO. 22-20131 (5th Cir. 10/2022) (Carl E. Stewart) Clearly violated his Oath and then "Sealed" his lips. He would rather Committed a

page 9. See other side

Crime (illegally) restraining a Black Man in a State Prison under the "wrong" Name, 19-10322 (EXCEEDED) 30 YEARS ( 5/23/1989-10/2022 ) 33 YEARS, 5 MONTHS. Violated. Titled 18 USC § 1581 ("Slavery") de Facto 1.6-51098 ( 6:15-CV-366)(4:20-CV-02580)(22-20131)

COLLATERAL ESTOPPEL:

19 (19.) Plaintiff incorporates paragraphs 1 through 18 as though they were stated fully herein. When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him or her of jurisdiction, judicial immunity is lost. Rankin v. Howard, 633 F.2d 844, Cert. denied Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 LEd 2d 326

Relief Requested

20.) Plaintiff request $ 7.25 Million Dollars Punitive Damages (Total) AS A RIGHT. 42 USC § 9613(g)(2) on my EXHIBITS ON File ( 6:15-CV-366)(CWR-02,96H-03)(20/2796-CV) Police Reports Belong to Plaintiff Not Robert L. Pitman, 6:19-CV-016 (Contempt), 18 USC § 401(N 2012) violating the Law himself / 5 9

Crime., Cong. Glob. 39th Cong. 1st. Sess., 1758, 1866 (Sen. Trumbull) & 2 (Rep. Eldridge)(Id. at 1155) See also id. at 1778 (Sen. Johnson See Screws V. United States, 325 U.S. 91 (1945) ❀ NO judge is Above the Rule of Law. Any judge can be Removed from the bench for bad conduct, creating "FALSE" STRIKES? Firearm or BB Handgun, Alan D. Albright, NO. 6:17-CV-131, I DEMAND strict Proof thereof 6:21-cv-105-ADA I DEMANDED STRICT PROOF THEREOF

21) THE FBI FILE CASE OPEN NUMBER ~~NOTED~~ FBI-UCN# 346044 AAO TRIGATS

22) OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS. P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711 12/8/2022 GREEN, LOWELL QUINCY Tr.Ct.NO. 2012-790-22 WR-82,901-18 Pending Before the Court Mandamus, 22-20131 (Contempt) 16-91098 FRCP.

23) Abuse of federal government ~~POWER~~ "~~SEED~~" Power must "cease." I declare and verify under penalty of perjury that the foregoing

Page 11, see other side,

information is true and correct. 28 USC § 1746

I certify that true and correct copy was mailed to Annette French Chief Deputy of UNITED STATES DISTRICT COURT WESTERN OF TEXAS 262 W. Nueva Suite 1-400 San Antonio, Texas 78207. US POSTAL MAIL POSTAGE PRE PAID Executed December 26, 2022,

24) I am [no] being held hostage due to Federal Judge Xavier Rodriguez in-competence on the bench (5:22-cv-4240) under his Oath. Lowell D. Green

Lowell D. Green. LOWELL DEQUINCY GREEN 19-1032
#5186022 Connally unit
(ens Lewis) 899 FM 622
Kenedy, Texas 78119

Lowell D. Green  12/22/2022